MINUTE ENTRY
MILAZZO, J.
NOVEMBER 7, 2012

JS-10: 00:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICIA HAMAKER AYALA | CIVIL ACTION |
| VERSUS | NO. 12-577 |
| GABRIEL BUILDING SUPPLY ET AL | SECTION "H"(5) |

### ORAL ARGUMENT

CASE MANAGER: ERIN MCNAMARA
COURT REPORTER: CATHY PEPPER
LAW CLERK: PHILIP DORE

APPEARANCES:   FRED SALLEY, FOR PLAINTIFF, PATRICIA HAMAKER AYALA
               PAUL PALERMO, FOR DEFENDANT, MR. HEATER, INC.

Court begins at 10:30 a.m.
All present and ready.
Counsel appear for the record.
Defendant's Motion to Enjoin State Court Proceedings and for Sanctions **(Doc. 11)** is **GRANTED IN PART AND DENIED IN PART.**
**IT IS ORDERED** that Plaintiff's Counsel, Mr. Salley, appear in Court on December 5, 2012 at 10:00 a.m. to Show Cause as to why sanctions should not be imposed under 28 U.S.C. 1927.
**IT IS FURTHER ORDERED** that Mr. Salley file a Memorandum in Support of his position by November 20, 2012.
ORDER AND REASONS to follow.

Court adjourned at 10:50 a.m.