UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICIA HAMAKER AYALA                             CIVIL ACTION

VERSUS                                             NO: 12-577

GABRIEL BUILDING SUPPLY *ET AL.*                   SECTION: "H"(5)

_____

**MEMORANDUM IN OPPOSITION TO ENERCOS' MOTION FOR EXPEDITED HEARING ON MOTION CONCERNING PRE-MARKING**

Plaintiffs adamantly oppose Enercos' latest motion to compel Plaintiffs' counsel to pre-mark documents for erroneously presumed video depositions of medical witnesses. Plaintiffs even more adamantly oppose Enercos' motion to expedite the motion.

Enerco is not entitled to an expedited hearing on its latest, groundless, and premature motion.

Undersigned may be getting paranoid, but since January, Enerco has now filed three sequential sets of motions which seem to have been carefully scheduled for times when Enerco's Counsel knew that Plaintiffs' counsel was out of town or was committed to other courts or pending matters. The most recent occasion prior to this one was Enercos' filing of two motions after 6:00pm on Tuesday, 26th March just before the Easter holidays, setting the hearings for 10th April, and requiring response on Tuesday, 2nd April. The Court on its own motion continued the hearings on these, and other pending motions to 24th April.

In the instant case, Plaintiff's counsel was previously obliged to attend out of town medical depositions and related conferences in another complicated matter which is coming to trial three weeks after Ayala is scheduled for trial.  As a one person office, Counsel simply cannot handle an expedited hearing on what appears to be a moot issue.  Without attempting to deal with the merits or lack thereof, of Enercos' somewhat bizarre motion, Plaintiff has no video medical depositions set, and has no current intention of setting any for this case.  Unfortunately, Plaintiffs' litigation budget is limited to regular old style oral perpetuation depositions from the medical doctors who have been subpoenaed, but mostly do not want to attend the trial.

**Respectfully submitted,**

//s Fred E. Salley
_____

**FRED E. SALLEY, T.A.  (11665)**
**SALLEY & ASSOCIATES**
**P.O. Box 3549**
**77378 Hwy 1081 Cretien Annex**
**Covington, Louisiana  70434**
**Telephone: (985) 867-8830**
**Facsimile: (985) 867-3368**
**Attorney for Plaintiff:Patricia**
**Hamaker Ayala, Individually;**
**and as Succession**
**Representative for the Estate of**
**Louis R. Ayala, III**

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid, or by other means, this 3rd day of April 2013.


                                                  //s Fred E. Salley
                                                _____
                                                **FRED E. SALLEY, T.A.  (11665)**