UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICIA HAMAKER AYALA | CIVIL ACTION |
| VERSUS | NO. 12-577 |
| GABRIEL BUILDING SUPPLY, ET AL. | SECTION H(5) |

## JUDGMENT

For reasons issued April 26, 2013 and filed herein (R. Doc. 154),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all of Plaintiff's claims against Defendants, Enerco Group, Incorporated and Mr. Heater, Inc., are hereby DISMISSED. The Court enters summary judgment in favor of Defendants.

New Orleans, Louisiana, this 26th day of April, 2013.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE