UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICIA HAMAKER AYALA                      CIVIL ACTION

VERSUS                                      NUMBER: 12-577

GABRIEL BUILDING SUPPLY,                    SECTION: "H"(5)
ET AL.

## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that defendants' motion is granted and that Mr. Heater is awarded attorneys' fees and costs in the amount of $5,045.00.

New Orleans, Louisiana, this 29th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE